E-FILED
Wednesday, 07 April, 2021  11:30:56 AM
Clerk, U.S. District Court, ILCD



**FILED**

APR - 6 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 21-CR- 30021 |
| ) | VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| THOMAS J. WILKINSON IV, ) | 18 U.S.C. § 924(c), 18 U.S.C. § 922(g) |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession with Intent to Distribute 50 Grams of More
### of Methamphetamine (Actual))

On or about February 20, 2021, in Montgomery County, in the Central

District of Illinois,

THOMAS J. WILKINSON IV,

the defendant herein, knowingly and intentionally possessed with intent to

deliver 50 grams or more of methamphetamine (actual), a Schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## COUNT TWO
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 20, 2021, in Montgomery County, in the Central District of Illinois,

THOMAS J. WILKINSON IV,

the defendant herein, knowingly used, carried, and possessed a firearm, a black Hi-Point semi-automatic 9mm handgun, serial number P1774380, during, in relation to and in furtherance of a drug trafficking crime, namely possession of methamphetamine with intent to distribute as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
### (Felon in Possession of a Firearm)

On or about February 20, 2021, in Montgomery County, in the Central District of Illinois,

THOMAS J. WILKINSON IV,

the defendant herein, having knowingly been previously convicted under the laws of the State of Missouri of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, being a black Hi-Point semi-automatic 9mm handgun, serial number P1774380.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

2

## SPECIAL FINDINGS

In connection with the offense set forth in Count One of this Indictment, the following factors are relevant to determining the sentence of the defendant, THOMAS J. WILKINSON IV, pursuant to Title 21, United States Code, Section 851.

1. The defendant was convicted of Trafficking in Drugs in St. Francois County, Missouri Circuit Court Case No. 01CR615236-01, a Serious Drug Felony offense, and as a result:

   a. The offense was a felony with a maximum term of imprisonment of 10 years or more; and

   b. The defendant served a period of imprisonment of more than 12 months; and

   c. The defendant was released from imprisonment within 15 years of the commencement of the offense alleged in Count One of this Indictment.

2. The defendant was convicted of Attempt Manufacture of a Controlled Substance in St. Francois County, Missouri Circuit Court Case No. 11SF-CR02120-01, a Serious Drug Felony offense, and as a result:

   a. The offense was a felony with a maximum term of imprisonment of 10 years or more; and

   b. The defendant served a period of imprisonment of more than 12

months; and

c.  The defendant was released from imprisonment within 15 years

of the commencement of the offense alleged in Count One of this

Indictment.

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in this Indictment, the

defendant,

## THOMAS J. WILKINSON IV,

shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d), and Title 28, United States Code, Section 2461(c), all

firearms involved in the commission of said offenses, including, but not

limited to, the firearm identified in the foregoing counts two and three of

this Indictment.

A True Bill,

s/Foreperson

Foreperson

s/Gregory Gilmore

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
SES