FOR THE UNITED STATES DISTRICT COURT
IN THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 21-cr-30021 |
| ) | |
| THOMAS J. WILKINSON IV, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION CHARGING PRIOR OFFENSE**

COMES NOW the United States of America, by Gregory K. Harris, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Sarah E. Seberger, and hereby gives notice pursuant to Title 21, United States Code, Section 851(a)(1), of the following prior conviction of the defendant which qualifies as a basis for a sentencing enhancement:

1. The defendant was convicted of trafficking in drugs in St. Francois County, Missouri in case number 01CR615236, and as a result:

a) The defendant faced a possible sentence of ten years or more of imprisonment;

b) The defendant served a term of imprisonment of more than 12 months; and

c) The defendant was released from imprisonment within 15 years of the commencement of the offense alleged in Count One of the Indictment in this matter.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

*/s/ Sarah E. Seberger*
Sarah E. Seberger, IL Bar No. 6313942
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL  62701
Telephone: 217-492-4450
Email: sarah.seberger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record.

*/s/ Sarah E. Seberger*
Sarah E. Seberger
Assistant United States Attorney
