E-FILED
Thursday, 04 May, 2023  03:36:49 PM
Clerk, U.S. District Court, ILCD
34,35,APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: <u>3:21–cr–30021–CRL–KLM</u>–1

Case title: USA v. Wilkinson

Date Filed: 04/06/2021

Date Terminated: 05/03/2023

---

Assigned to: Judge Colleen R. Lawless
Referred to: Magistrate Judge Karen L. McNaught

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Thomas J Wilkinson , IV**<br>*TERMINATED: 05/03/2023* | represented by | **DUTY ATTORNEY–FEDERAL PUBLIC DEFENDER**<br>FEDERAL PUBLIC DEFENDER<br>Email: Melanie_Hinds@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Elisabeth R Pollock**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217–373–0666
Fax: 217–373–0667
*TERMINATED: 11/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Harmon**
HARMON LAW OFFICE
209 Bruns Lane
Springfield, IL 62702
217–787–4130
Fax: 217–787–8994
Email: mharmonlawoffice@gmail.com
*TERMINATED: 01/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W Patton**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St

Peoria, IL 61602
309–671–7891
Fax: 309–671–7898
Email: thomas_patton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE On or about February 20, 2021, in Montgomery County, in the Central District of Illinois, the Defendant Possessed with Intent to Distribute 50 Grams of More of Methamphetamine (Actual) all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). (1) | Defendant is committed to the custody of the BOP for a term of 240 months, consisting of 180 months on Count 1, 120 months on Count 3 to run concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3; 10 years of supervised release on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently; and $300 special assessment imposed. |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN On or about February 20, 2021, in Montgomery County, in the Central District of Illinois, the Defendant Possessed a Firearm in Furtherance of a Drug Trafficking Crime all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). (2) | Defendant is committed to the custody of the BOP for a term of 240 months, consisting of 180 months on Count 1, 120 months on Count 3 to run concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3; 10 years of supervised release on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently; and $300 special assessment imposed. |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. On or about February 20, 2021, in Montgomery County, in the Central District of Illinois, the Defendant, a felon, did possess a firearm all in violation of Title 18, United States Code, Section 922(g)(1) and 924(e). (3) | Defendant is committed to the custody of the BOP for a term of 240 months, consisting of 180 months on Count 1, 120 months on Count 3 to run concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3; 10 years of supervised release on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently; and $300 special assessment imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level**

**(Terminated)**

None

**Complaints**                                   **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **Sarah Elizabeth Seberger**
UNITED STATES ATTORNEY'S
OFFICE
318 South Sixth Street
Springfield, IL 62701
217–492–4450
Fax: 217–492–4512
Email: sarah.seberger@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John David Hoelzer**
US ATTY
318 South Sixth Street
Springfield, IL 62701–1806
217–492–4450
Fax: 217–492–4888
Email: john.hoelzer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Richard Kim**
US ATTY
318 South Sixth Street
Springfield, IL 62701–1806
217–492–4450
Fax: 217–492–4512
*TERMINATED: 08/13/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2021 | 1 | INDICTMENT as to Thomas J Wilkinson, IV (1) count(s) 1, 2, 3. (SKN) (Entered: 04/07/2021) |
| 04/06/2021 | 2 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT INDICTMENT UNREDACTED** (SKN) (Entered: 04/07/2021) |

| 04/06/2021 | 3 | **+++ SEALED DOCUMENT – DEFENDANT INFORMATION SHEET.** (SKN) (Entered: 04/07/2021) |
|---|---|---|
| 04/12/2021 | 5 | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins as to Defendant Thomas J Wilkinson, IV. Initial Appearance and Arraignment set Tuesday, 4/13/2021, at 4:00 PM by video conference before Magistrate Judge Schanzle–Haskins. Defendant and counsel to be present via video. Video conference instructions are attached. The Office of the Federal Public Defender is provisionally appointed to represent the Defendant until counsel is appointed or retained for the initial appearance. This provisional appointment is made to facilitate the preparation of a Pretrial Services Report by the U.S. Probation Office. (LB) (Entered: 04/12/2021) |
| 04/12/2021 | | Arrest of Thomas J Wilkinson, IV. (SKN) (Entered: 04/13/2021) |
| 04/13/2021 | 6 | Arrest Warrant Returned Executed on 4/12/2021 as to Thomas J Wilkinson, IV. (SKN) (Entered: 04/13/2021) |
| 04/13/2021 | | Minute Entry for proceedings held before Magistrate Judge Tom Schanzle–Haskins: Initial Appearance and Arraignment as to Thomas J. Wilkinson, IV as to Counts 1–3 of the Indictment held by audio/video on 4/13/2021. AUSA Sarah Seberger present by video on behalf of the Government. Defendant in custody and present by video. Assistant Federal Public Defender Rosana Brown present by video in the event appointment of counsel for the Defendant is appropriate. Government's oral motion to unseal the case is ALLOWED. Defendant advised of charges. Defendant advised of rights including right to counsel. Defendant reports he has retained counsel, but counsel is not present. Defendant's oral motion to continue Initial Appearance and Arraignment is ALLOWED. The Initial Appearance and Arraignment set for 4/16/2021 at 1:30pm by videoconference before Judge Tom Schanzle–Haskins. All parties to appear by audio/video. Clerk to enter Order of Detention. Defendant remanded to the custody of the U.S. Marshal. Hearing adjourned. (Tape #SP–C 4:25PM.) (SKN) (Entered: 04/13/2021) |
| 04/13/2021 | 7 | ORDER OF TEMPORARY DETENTION as to Thomas J Wilkinson, IV. Entered by Magistrate Judge Tom Schanzle–Haskins on 04/13/2021. (SKN) (Entered: 04/13/2021) |
| 04/14/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE Richard Kim appearing for USA. (Kim, Richard) (Entered: 04/14/2021) |
| 04/15/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Michael D Harmon appearing for Thomas J Wilkinson, IV (Harmon, Michael) (Entered: 04/15/2021) |
| 04/15/2021 | 10 | **+ + PRETRIAL SERVICES REPORT** as to Thomas J Wilkinson, IV (LG) (Entered: 04/15/2021) |
| 04/15/2021 | 11 | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins as to Defendant Thomas J. Wilkinson IV. Due to an unexpected scheduling conflict, initial appearance and arraignment set 4/16/2021 is CANCELLED and reset Monday, 4/19/2021, at 11:30 a.m. via video before U.S. Magistrate Judge Tom Schanzle–Haskins. Defendant and all counsel to appear via video. Video conference instructions are attached. (LB) (Entered: 04/15/2021) |
| 04/19/2021 | | Minute Entry for proceedings held before Magistrate Judge Tom Schanzle–Haskins: Initial Appearance and Arraignment as to Thomas J. Wilkinson, IV as to the Indictment held by audio/video on 4/19/2021. AUSA Sarah Seberger present by video on behalf of the Government. Defendant in custody and present by video. Retained counsel Michael |

| | | |
|---|---|---|
| | | Harmon present by video on behalf of the Defendant. Defendant consents to hearing conducted by audio/video. Defendant advised of the charges of the Indictment. Defendant waives formal reading of the Indictment. Government states statutory penalties. Defendant enters pleas of not guilty to all counts. Initial Pretrial Conference set for 5/14/21 at 3:00PM in Courtroom 3 in Springfield before Judge Schanzle–Haskins. Jury Trial set for 6/1/21 at 9:00AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. Discovery order to commence. Government advised of obligations under Brady v. Maryland and advised of the possible consequences of violating such obligations. Clerk to enter written Order. Government seeks detention. Parties proffers evidence. Defendant ordered detained. Government to file proposed Order of Detention. Defendant remanded to the custody of the U.S. Marshal pending further proceedings. Hearing adjourned.(Tape #SP–C 11:28AM.) (SKN) (Entered: 04/20/2021) |
| 04/19/2021 | 12 | ORDER Pursuant to Federal Rule of Criminal Procedure 5(f). Entered by Magistrate Judge Tom Schanzle–Haskins on 04/19/2021. (SKN) (Entered: 04/20/2021) |
| 04/19/2021 | 13 | STANDING ORDER Regarding Continuances of Initial Pretrial Conferences in Criminal Cases Scheduled Before Judge Schanzle–Haskins. Entered by Magistrate Judge Tom Schanzle–Haskins on 04/19/2021. (SKN) (Entered: 04/20/2021) |
| 04/21/2021 | 14 | NOTICE *of Filing* by USA as to Thomas J Wilkinson, IV (Attachments: # 1 Proposed Detention Order)(Seberger, Sarah) (Entered: 04/21/2021) |
| 04/22/2021 | 15 | ORDER OF DETENTION as to Thomas J Wilkinson, IV. Entered by Magistrate Judge Tom Schanzle–Haskins on 04/21/2021. (SKN) (Entered: 04/22/2021) |
| 05/11/2021 | 16 | MOTION to Continue by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 05/11/2021) |
| 05/12/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 16 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 5/14/2021 is CANCELLED and reset Friday, 7/16/2021, at 3:00 p.m. before Judge Schanzle–Haskins. Jury trial set 6/1/2021 is CANCELLED and reset 8/3/2021 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 05/12/2021. (DM) (Entered: 05/12/2021) |
| 07/14/2021 | 17 | MOTION to Continue *Hearing* by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 07/14/2021) |
| 07/14/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 17 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 7/16/2021 is CANCELLED and reset Friday, 9/17/2021, at 3:00 p.m. before Judge Schanzle–Haskins. Jury trial set 8/3/2021 is CANCELLED and reset 10/5/2021 at 9:00 |

| | | |
|---|---|---|
| | | a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 7/14/2021. (ME) (Entered: 07/14/2021) |
| 08/13/2021 | 18 | MOTION to Substitute Attorney, Richard Kim to be replaced by John D. Hoelzer, by USA as to Thomas J Wilkinson, IV. (Hoelzer, John) (Entered: 08/13/2021) |
| 08/13/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins. Government's Motion for Substitution of Counsel 18 is ALLOWED. AUSA John D. Hoelzer is substituted as co−counsel for the Government in this case for AUSA Richard Kim. AUSA Kim is terminated as counsel for the Government. (LB) (Entered: 08/13/2021) |
| 09/15/2021 | 19 | MOTION to Continue *Hearing,* by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 09/15/2021) |
| 09/16/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 19 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 9/17/2021 is CANCELLED and reset Friday, 10/15/2021, at 3:00 p.m. before Judge Schanzle−Haskins. Jury trial set 10/5/2021 is CANCELLED and reset 11/2/2021 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle−Haskins on 9/16/2021. (MAS) (Entered: 09/16/2021) |
| 10/14/2021 | 20 | MOTION to Continue by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 10/14/2021) |
| 10/14/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle−Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 20 ALLOWED for the reasons set forth in the Defendant's Motion. The Court has confirmed that the Government has no objection to the continuance. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 10/15/2021 is CANCELLED and reset Friday, 11/19/2021, at 3:00 p.m. before Judge Schanzle−Haskins. Jury trial set 11/2/2021 is CANCELLED and reset 12/7/2021 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 10/14/2021. (ME) (Entered: 10/14/2021) |
| 11/18/2021 | 21 | MOTION to Continue by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 11/18/2021) |

| | | |
|---|---|---|
| 11/18/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 21 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 11/19/2021 is CANCELLED and reset Friday, 12/17/2021, at 3:00 p.m. before Judge Schanzle–Haskins. Jury trial set 12/7/2021 is CANCELLED and reset 1/4/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. The Court refers counsel to the Court's STANDING ORDER REGARDING CONTINUANCES OF INITIAL PRETRIAL CONFERENCE IN CRIMINAL CASES SCHEDULED BEFORE JUDGE SCHANZLE–HASKINS 13 , 20–mc–3008, entered November 20, 2020. Entered on 11/18/2021. (DM) (Entered: 11/18/2021) |
| 12/14/2021 | 22 | MOTION to Continue by Thomas J Wilkinson, IV. (Harmon, Michael) (Entered: 12/14/2021) |
| 12/14/2021 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Hearing 22 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 12/17/2021 is CANCELLED and reset Friday, 1/14/2022, at 4:00 p.m. before Judge Schanzle–Haskins. Jury trial set 1/4/2022 is CANCELLED and reset 2/1/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 12/14/2021. (SKN) (Entered: 12/14/2021) |
| 12/30/2021 | 23 | NOTICE *of Expectation that Case will Proceed to Trial and Request for Firm Final Pretrial and Trial Dates* by USA as to Thomas J Wilkinson, IV (Seberger, Sarah) (Entered: 12/30/2021) |
| 01/09/2022 | 24 | TEXT ORDER: The Court hereby SETS a status conference in this case for Tuesday, January 11, 2022, at 10:00 a.m. All participants must appear by video. Instructions for the video conference are attached. Entered by Judge Sue E. Myerscough on 01/07/2022. (DM) (Entered: 01/09/2022) |
| 01/11/2022 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE as to Defendant Thomas J. Wilkinson, IV held on 1/11/2022. AUSA Sarah Seberger present via video on behalf of Government. Defendant present by video from a detention facility. Attorney Michael Harmon not present. Court attempted to contact Attorney Harmon at his office phone and on his cell phone but could not reach him. Defendant stated that he wanted to fire his retained counsel and addressed the Court stating that he wished to be appointed counsel from the Federal Public Defender's Office. Court questioned Defendant regarding his finances. Based on the |

| | | |
|---|---|---|
| | | inquiry, Court appointed the Office of the Federal Public Defender to represent Defendant. A financial affidavit to be sent to Defendant and returned to Court. Court admonished Defendant to answering the questions on the financial affidavit truthfully. Jury Trial shall remain on February 1, 2022 at 9:00 AM before U.S. District Judge Sue E. Myerscough, Courtroom 1, Springfield, as Government filed a Notice of Expectation That Case Will Proceed to Trial. Federal Public Defender's Office to contact Defendant. Court adjourned. (Court Reporter MC.) (DM) (Entered: 01/11/2022) |
| 01/11/2022 | 25 | MOTION to Continue *Final Pretrial Conference and Jury Trial* by Thomas J Wilkinson, IV. (Pollock, Elisabeth) (Entered: 01/11/2022) |
| 01/11/2022 | | Attorney update in case as to Thomas J Wilkinson, IV. Attorney Michael D Harmon terminated pursuant to hearing held on 1/11/2022. (MJC) (Entered: 11/10/2022) |
| 01/12/2022 | 26 | Joint MOTION for Protective Order *Regarding Use of Pretrial Discovery Materials* by USA as to Thomas J Wilkinson, IV. (Attachments: # 1 Proposed Protective Order)(Seberger, Sarah) (Entered: 01/12/2022) |
| 01/12/2022 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Motion to Continue Pretrial Conference, Trial Date, and to Extend the Rule 12.1 Motion Filing Deadline 25 ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 1/14/2022 is CANCELLED and reset Friday, 3/18/2022, at 4:30 p.m. before Judge Schanzle–Haskins. Jury trial set 2/1/2022 is CANCELLED and reset 4/5/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 1/12/2022. (MJC) (Entered: 01/12/2022) |
| 01/12/2022 | 27 | CJA 23 Financial Affidavit by Thomas J Wilkinson, IV. (DM) (Entered: 01/12/2022) |
| 01/12/2022 | 28 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT––FINANCIAL AFFIDAVIT–– UNREDACTED** (DM) (Entered: 01/12/2022) |
| 01/12/2022 | 29 | Joint MOTION for Protective Order *Regarding Production of Pretrial Discovery Materials to the Defendant* by USA as to Thomas J Wilkinson, IV. (Attachments: # 1 Proposed Protective Order, # 2 Jail Discovery Authorization Form)(Seberger, Sarah) (Entered: 01/12/2022) |
| 01/13/2022 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: The United States and Defendant Thomas Wilkinson's Joint Motion for Protective Order Regarding Use of Pretrial Discovery Materials 26 is ALLOWED. Clerk is directed to enter Protective Order Regarding Use of Pretrial Discovery Materials [26–1] attached to Motion. Entered on 1/13/2022. (MJC) (Entered: 01/13/2022) |
| 01/13/2022 | 30 | PROTECTIVE ORDER Regarding use of Pretrial Discovery Materials as to Thomas J Wilkinson, IV. Entered by Magistrate Judge Tom Schanzle–Haskins on 1/13/2022. (MJC) (Entered: 01/13/2022) |
| 01/14/2022 | | |

| | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: The United States and Defendant Thomas Wilkinson's Joint Motion for Protective Order Regarding Production of Pretrial Discovery Materials to the Defendant <u>29</u> is ALLOWED. Clerk is directed to enter Protective Order Regarding Production of Discovery Materials to the Defendant [29–1] attached to Motion. Entered on 01/14/2022. (DM) (Entered: 01/14/2022) |
|---|---|---|
| 01/14/2022 | <u>31</u> | PROTECTIVE ORDER Regarding Production of Discovery Materials to the Defendant as to Thomas J Wilkinson, IV. Entered by Magistrate Judge Tom Schanzle–Haskins on 01/14/2022. (DM) (Entered: 01/14/2022) |
| 03/09/2022 | <u>32</u> | Second MOTION to Continue *Final Pretrial Conference and Jury Trial* by Thomas J Wilkinson, IV. (Pollock, Elisabeth) (Entered: 03/09/2022) |
| 03/14/2022 | | TEXT ORDER by U.S. Magistrate Judge Tom Schanzle–Haskins: Defendant Thomas J. Wilkinson, IV's Second Motion to Continue Pretrial Conference, Trial Date, and to Extend the Rule 12.1 Motion Filing Deadline <u>32</u> ALLOWED for the reasons set forth in the Defendant's unopposed Motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 3/18/2022 is CANCELLED and reset Friday, 5/20/2022, at 9:30 a.m. before the U.S. Magistrate Judge. Jury trial set 4/5/2022 is CANCELLED and reset 6/7/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. Rule 12.1 deadline extended to 3/31/2022 or such later time as may be set by the presiding Judge. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Tom Schanzle–Haskins on 3/14/2022. (MAS) (Entered: 03/14/2022) |
| 04/07/2022 | | TEXT ORDER OF REASSIGNMENT entered by Chief Judge Sara Darrow on April 7, 2022. Due to Magistrate Judge Tom Schanzle–Haskins's retirement, this case is reassigned to Magistrate Judge Karen L. McNaught for further proceedings. (LN) (Entered: 04/07/2022) |
| 05/16/2022 | <u>33</u> | Third MOTION to Continue *Final Pretrial Conference and Jury Trial* by Thomas J Wilkinson, IV. (Pollock, Elisabeth) (Entered: 05/16/2022) |
| 05/17/2022 | | TEXT ORDER by U.S. Magistrate Judge Karen McNaught: Defendant Thomas J. Wilkinson, IV's Third Motion to Continue Pretrial Conference, Trial Date, and to Extend the Rule 12.1 Motion Filing Deadline <u>33</u> is GRANTED for the reasons set forth in the Defendant's unopposed Motion. The Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 5/20/2022 is CANCELLED and reset 7/20/2022, at 10:00 a.m. before U.S. Magistrate Judge Karen McNaught. Jury trial set 6/7/2022 is CANCELLED and reset 8/2/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 5/17/2022. (ME) (Entered: 05/17/2022) |

| 07/18/2022 | 34 | Fourth MOTION to Continue *Final Pretrial Conference and Jury Trial* by Thomas J Wilkinson, IV. (Pollock, Elisabeth) (Entered: 07/18/2022) |
|---|---|---|
| 07/18/2022 | | TEXT ORDER by US Magistrate Judge Karen McNaught: Defendant Thomas Wilkinson's Fourth Motion to Continue Pretrial Conference, Trial Sate and to Extend the Rule 12.1 Motion Filing Deadline 34 is GRANTED for the reasons set forth in the defendant's unopposed Motion. The Court finds that granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial pretrial conference set 7/20/2022 is CANCELLED and reset 9/22/2022 at 3:30 p.m. before U.S. Magistrate Judge Karen McNaught. Jury trial set 8/2/2022 is CANCELLED and reset 10/4/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Magistrate Judge Karen L. McNaught on 07/18/2022. (SKN) (Entered: 07/18/2022) |
| 09/19/2022 | 35 | Fifth MOTION to Continue *Final Pretrial Conference and Jury Trial* by Thomas J Wilkinson, IV. (Pollock, Elisabeth) (Entered: 09/19/2022) |
| 09/19/2022 | | TEXT ORDER as to Thomas J Wilkinson IV by US Magistrate Judge Karen McNaught: Defendant Thomas Wilkinson's Motion to Continue the Pretrial Conference, Trial Date and to Extend the Rule 12.1 Motion Filing Deadline 35 is ALLOWED for the reasons set forth in defendant's unopposed motion. The Court finds granting the motion to continue is in the interest of justice and outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A). Initial Pretrial Conference set 9/22/2022 is CANCELLED and reset 11/17/2022 at 9:00 a.m. before U.S. Magistrate Judge Karen McNaught. Jury trial set 10/4/2022 is CANCELLED and reset 12/6/2022 at 9:00 a.m. before U.S. District Judge Sue Myerscough. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered on 9/19/2022. (ME) (Entered: 09/19/2022) |
| 11/03/2022 | | STRUCK per Text Order of 11–4–2022.  TEXT ORDER by US Magistrate Judge Karen L. McNaught as to Thomas J Wilkinson, IV : Pursuant to defense counsel's request, a Change of Plea Hearing for Daniel Marcum is set 11/10/2022 at 2:30 p.m. in person in Courtroom 3 in Springfield before U.S. Magistrate Judge Karen L. McNaught. The Initial Pretrial Conference set for 11/17/2022 is CANCELLED. Entered on 11/3/2022. (ME) Modified on 11/4/2022 (DM). (Entered: 11/03/2022) |
| 11/04/2022 | | TEXT ORDER by US Magistrate Judge Karen L. McNaught: The text order entered 11/3/2022 referenced the incorrect defendant. The Clerk is directed to STRIKE the text order. Entered on 11/4/2022. (DM) (Entered: 11/04/2022) |
| 11/04/2022 | | TEXT ORDER by US Magistrate Judge Karen L. McNaught: Pursuant to defense counsel's request, a Change of Plea Hearing for Thomas Wilkinson, IV is set 11/10/2022 at 2:30 p.m. in person in Courtroom 3 in Springfield before U.S. Magistrate Judge Karen L. McNaught. The Initial Pretrial Conference set for 11/17/2022 is CANCELLED. Entered on 11/4/2022. (DM) (Entered: 11/04/2022) |

| 11/09/2022 | 36 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to Thomas J Wilkinson, IV (Seberger, Sarah) (Entered: 11/09/2022) |
|---|---|---|
| 11/10/2022 | 37 | Notice Regarding Entry of Plea and Signed Consent as to Thomas J Wilkinson, IV. (MJC) (Entered: 11/14/2022) |
| 11/10/2022 | 38 | +++ SEALED DOCUMENT – ORIGINAL DOCUMENT –– NOTICE RE ENTRY OF PLEA –– UNREDACTED (MJC) (Entered: 11/14/2022) |
| 11/10/2022 | | Minute Entry for proceedings held before Magistrate Judge Karen L. McNaught: Change of Plea Hearing as to Thomas J Wilkinson, IV held on 11/10/2022. AUSA Sarah Seberger present on behalf of the Government. Defendant present in custody with AFPD Elisabeth Pollock. The parties consent to proceed with plea before a U.S. Magistrate Judge. Written Consent to be filed. Defendant sworn and questioned by the Court. The Court finds Defendant competent. Defendant advised of essential elements, penalties, and right to trial by jury. The Government states the factual basis of the offense. Defendant enters a plea of guilty to Counts 1, 2, and 3 of the Indictment and consents to the forfeiture allegations. The Court determines that the guilty pleas and forfeiture admission are knowing and voluntary, and that the offenses to which the Defendant enters pleas of guilty are supported by an independent factual basis containing each of the essential elements of the offenses. Report and Recommendation to be entered recommending that the District Judge accept the guilty pleas and adjudge Defendant guilty of the offenses. Presentence investigation and report ordered. Sentencing set for 3/13/2023 at 10:00 AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. Defendant remanded to the custody of the U.S. Marshal. Hearing adjourned. (Tape #SP–CR 2:29 PM) (MJC) (Entered: 11/14/2022) |
| 11/14/2022 | 39 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Thomas J Wilkinson, IV. Objections to R&R due by 11/28/2022. Entered by Magistrate Judge Karen L. McNaught on 11/10/2022. (MJC) (Entered: 11/14/2022) |
| 11/14/2022 | 40 | ORDER on Implementation of Sentencing Guidelines as to Thomas J Wilkinson, IV. Entered by Magistrate Judge Karen L. McNaught on 11/10/2022. (MJC) (Entered: 11/14/2022) |
| 11/18/2022 | 41 | NOTICE OF ATTORNEY APPEARANCE: Thomas W Patton appearing for Thomas J Wilkinson, IV (Patton, Thomas) (Entered: 11/18/2022) |
| 11/18/2022 | | Attorney update in case as to Thomas J Wilkinson, IV. Attorney Elisabeth R Pollock terminated. (RES) (Entered: 11/18/2022) |
| 12/01/2022 | | TEXT ORDER: The Court ADOPTS the Report and Recommendations of U.S. Magistrate Judge Karen L. McNaught dated November 10, 2022, see d/e 39 , to which there have been no timely objections, and accordingly ACCEPTS Defendant Thomas J. Wilkinson's pleas of guilty to Counts 1, 2, and 3 of the Indictment and consent to the forfeiture allegations noticed therein. Mr. Wilkinson is adjudged guilty of the offenses charged in Counts 1, 2, and 3 of the Indictment. Mr. Wilkinson's sentencing hearing remains set for March 13, 2023, at 10:00 a.m. in Courtroom I in Springfield, Illinois, before U.S. District Judge Sue E. Myerscough. Entered by Judge Sue E. Myerscough on 12/1/2022. (MAS) (Entered: 12/01/2022) |
| 12/05/2022 | 43 | +++ SEALED DOCUMENT. (SKN) (Entered: 12/08/2022) |
| 12/07/2022 | 42 | MOTION for Forfeiture of Property (PRELIMINARY ORDER) by USA as to Thomas J Wilkinson, IV. (Attachments: # 1 Text of Proposed Order)(Hoelzer, John) (Entered: |

| | | |
|---|---|---|
| | | 12/07/2022) |
| 12/12/2022 | 44 | PRELIMINARY ORDER of FORFEITURE granting 42 Motion for Forfeiture of Property as to Thomas J Wilkinson IV by USA. See written Order. Entered by Judge Sue E. Myerscough on 12/12/2022. (SKN) (Entered: 12/14/2022) |
| 12/28/2022 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Thomas J Wilkinson, IV held on 11/10/2022 (Change of Plea Hearing), before Judge Karen McNaught. Court Reporter/Transcriber Kailey Fenwick, Telephone number (217)492–4020. Transcript purchased by:Thomas Patton.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/18/2023. Redacted Transcript Deadline set for 1/30/2023. Release of Transcript Restriction set for 3/28/2023. (HS) (Entered: 12/28/2022) |
| 01/27/2023 | 46 | MOTION to Continue *Sentencing Hearing* by Thomas J Wilkinson, IV. (Patton, Thomas) (Entered: 01/27/2023) |
| 02/21/2023 | | TEXT ORDER: Before the Court is Mr. Wilkinson's motion to continue his sentencing hearing, see d/e 46 , in which Mr. Wilkinson requests a 30–day continuance and to which the Government does not object. For the reasons stated therein, the motion is GRANTED. The sentencing hearing previously set for March 13, 2023, at 10:00 a.m. is hereby CONTINUED to May 1, 2023, at 11:00 a.m. in Courtroom II in Springfield before U.S. District Judge Sue E. Myerscough. As required by Federal Rule of Criminal Procedure 32(b), the Court finds that this continuance is in the interests of justice and will not result in unnecessary delay. Entered by Judge Sue E. Myerscough on 2/21/2023. (HS) (Entered: 02/21/2023) |
| 03/20/2023 | | TEXT ORDER OF REASSIGNMENT: This case and the corresponding hearings are reassigned to Judge Colleen R. Lawless for further proceedings due to her recent appointment as U.S. District Judge for the Central District of Illinois. Entered by Chief Judge Sara Darrow on 3/20/2023. (LN) (Entered: 03/20/2023) |
| 03/21/2023 | 47 | + +**INITIAL PRESENTENCE INVESTIGATION REPORT** as to Thomas J Wilkinson, IV (MC) (Entered: 03/21/2023) |
| 04/24/2023 | 48 | + + **REVISED PRESENTENCE INVESTIGATION REPORT** as to Thomas J Wilkinson, IV (MC) (Entered: 04/24/2023) |

| 04/24/2023 | 49 | **+++ SENTENCING RECOMMENDATION** as to Thomas J Wilkinson, IV. (MC) (Entered: 04/24/2023) |
|---|---|---|
| 04/26/2023 | 50 | **+ + COURTS PROPOSED CONDITIONS OF SUPERVISED RELEASE** as to Thomas J Wilkinson, IV. (HS) (Entered: 04/26/2023) |
| 04/26/2023 | 51 | **+++ SEALED COMMENTARIES ON SENTENCING FACTORS** by USA as to Thomas J Wilkinson, IV. (Attachments: # 1 Exhibit A – Plea Transcript)(Seberger, Sarah) (Entered: 04/26/2023) |
| 04/27/2023 | 52 | **+++ SEALED COMMENTARIES ON SENTENCING FACTORS** by Thomas J Wilkinson, IV. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Patton, Thomas) (Entered: 04/27/2023) |
| 05/01/2023 | | Minute Entry for proceedings held before Judge Colleen R. Lawless: Sentencing as to Thomas J Wilkinson, IV held on 5/1/2023. AUSA Sarah Seberger present on behalf of the Government. Defendant present in custody with FPD Thomas Patton. Defendant acknowledges receipt of the revised PSR and has reviewed it with counsel. Objections to revised PSR heard. Rulings rendered. The Court adopts the factual findings of the Revised PSR. Defendant acknowledges review of the Court's proposed discretionary Supervised Release conditions with counsel and acknowledges placement of his initials and signature on same. The parties waive the oral reading of the discretionary conditions of supervised release and the justifications for the conditions. Arguments of counsel made as to imposition of sentence. Defendant exercises his right of allocution and addresses the Court. Court notes that the Guidelines are advisory and not mandatory. Defendant is committed to the custody of the Bureau of Prisons for a term of 240 months, consisting of 180 months on Count 1, 120 months on Count 3 to run concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3; 10 years of supervised release on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently; and $300 special assessment imposed. Court imposed the mandatory and discretionary Supervised Release conditions with stated justification therein. Mandatory conditions read of record. Government requests that a Preliminary Order of Forfeiture be entered. Court confirms that the Preliminary Order of Forfeiture was previously filed. Rights of Appeal given. Defendant remanded to the custody of the U.S. Marshal. Hearing adjourned. (Court Reporter KF) (MJC) (Entered: 05/02/2023) |
| 05/01/2023 | 53 | **+ + CONDITIONS OF SUPERVISED RELEASE** initialed and signed by Thomas J Wilkinson, IV. (MJC) (Entered: 05/02/2023) |
| 05/03/2023 | 54 | JUDGMENT as to Thomas J Wilkinson, IV: Defendant is committed to the custody of the BOP for a term of 240 months, consisting of 180 months on Count 1, 120 months on Count 3 to run concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3; 10 years of supervised release on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently; and $300 special assessment imposed. Entered by Judge Colleen R. Lawless on 5/3/2023. (MJC) (Entered: 05/03/2023) |
| 05/03/2023 | 55 | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Thomas J Wilkinson, IV. (MJC) (Entered: 05/03/2023) |
| 05/04/2023 | 56 | NOTICE OF APPEAL by Thomas J Wilkinson, IV re 54 Judgment, (Patton, Thomas) (Entered: 05/04/2023) |
| 05/04/2023 | 57 | DOCKETING STATEMENT by Thomas J Wilkinson, IV re 56 Notice of Appeal – Final Judgment. (Patton, Thomas) (Entered: 05/04/2023) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )         Crim. No. 21-30021
                                         )
THOMAS J. WILKINSON IV,                  )
                                         )
            Defendant.                   )

**NOTICE OF APPEAL**

The Defendant Thomas J. Wilkinson IV appeals to the United States Court of

Appeals for the Seventh Circuit from the judgment entered on May 3, 2023,

sentencing him to a term of 240 months' imprisonment in the custody of the

United States Bureau of Prisons followed by a 10-year term of supervised release.

THOMAS J. WILKINSON IV, Defendant

THOMAS PATTON
Federal Public Defender

By: s/ Thomas W. Patton
Thomas W. Patton
Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail: thomas_patton@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system.

By: s/ Thomas W. Patton
Thomas W. Patton
Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail: thomas_patton@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 21-30021 |
| | ) | |
| THOMAS J. WILKINSON IV, | ) | |
| | ) | |
| Defendant. | ) | |

## **CIRCUIT RULE 3(C) DOCKETING STATEMENT**

Now comes the Defendant Thomas J. Wilkinson IV, by his attorney,
Thomas W. Patton, and, pursuant to Circuit Rule 3(c), submits the following
docketing statement:

1.      The jurisdiction of the United States District Court for the Central
District of Illinois is founded upon Title 18 U.S.C. § 3231.

2.      The jurisdiction of the United States Court of Appeals for the
Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C.
§ 3742(a) and is based on the following particulars:

i.      Date of entry of judgment sought to be reviewed: May 3, 2023.

ii.     Filing date of motion for new trial: not applicable;

iii.    Disposition of motion and date of entry: none;

iv.     Filing date of notice of appeal: May 4, 2023.


                         THOMAS J. WILKINSON IV,
                         Defendant-Appellant

                         THOMAS W. PATTON
                         Federal Public Defender

                         By: s/ Thomas W. Patton
                         Thomas W. Patton
                         Federal Public Defender
                         401 Main Street, Suite 1500
                         Peoria, Illinois 61602
                         Telephone: (309) 671-7891
                         Fax: (309) 671-7898
                         E-mail: thomas_patton@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system.

THOMAS PATTON
Federal Public Defender

By: s/ Thomas W. Patton
Thomas W. Patton
Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail: thomas_patton@fd.org

E-FILED
Wednesday, 03 May, 2023 03:35:56 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 0 3 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

v.

THOMAS J WILKINSON, IV

)
)
)
)
)
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  21-CR-30021-001

USM Number:  39563-509

Thomas W. Patton
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1, 2, and 3

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC §§ 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine (Actual) | 2/20/2021 | 1 |
| 18 USC § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of Drug Trafficking Crime | 2/20/2021 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2023
Date of Imposition of Judgment

Signature of Judge

Colleen R. Lawless, U.S. District Judge
Name and Title of Judge

5/3/2023
Date

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page __2__ of __7__

DEFENDANT: THOMAS J WILKINSON, IV
CASE NUMBER: 21-CR-30021-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 922(g)(1) and 924(a)(2) *See Section VIII | Felon in Possession of a Firearm | 2/20/2021 | 3 |

AO 245B (Rev. 09/17)   Judgment in Criminal Case
                        Sheet 2 — Imprisonment

Judgment — Page   3   of   7

DEFENDANT:   THOMAS J WILKINSON, IV
CASE NUMBER:  21-CR-30021-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total
term of:

> 240 months. This term shall consist of 180 months on Count 1, 120 months on Count 3 to run
> concurrent to Count 1, and 60 months on Counts 2 to run consecutive to Counts 1 and 3.

☐  The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant serve his sentence in a facility that will allow him to participate in a program for substance abuse treatment.

2. That defendant be placed in the Federal Medical Facility in Springfield, Missouri or FCI Greenville.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  4  of  7

DEFENDANT:  THOMAS J WILKINSON, IV
CASE NUMBER:  21-CR-30021-001

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

> 10 years. This term shall consist of 10 years on Count 1, 2 years on Count 2, and 1 year on Count 3, all to run concurrently.

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions:

1. You shall not knowingly leave the federal judicial district in which you are approved to reside without the permission of the Court.

2. You shall report to the probation office in the district to which you are released within 72 hours of release from custody. You shall report to the probation officer in a reasonable manner and frequency directed by the court or probation officer.

3. You shall follow the instructions of the probation officer as they relate to your conditions of supervision. You shall answer truthfully the questions of the probation officer as they relate to your conditions of supervision, subject to your right against self-incrimination.

4. You shall notify the probation officer at least ten days prior to, or as soon as you know about, any changes in residence or any time you leave a job or accept a job, or any time you change from one position to another at your at your workplace.

5. You shall permit a probation officer to visit you at home between the hours of 6:00 a.m. and 11:00 p.m., at your place of employment while you are working, or at the locations of your court-ordered treatment providers. Visits may be conducted at any time if the probation officer has reasonable suspicion to believe that you are in violation of a condition of supervised release or if you or a third party has reported that you are unable to comply with a directive of the probation officer because of illness or emergency. During any such visit, you shall permit confiscation of any contraband observed in plain view of the probation officer.

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page  5  of  7

DEFENDANT:  THOMAS J WILKINSON, IV
CASE NUMBER:  21-CR-30021-001

## ADDITIONAL SUPERVISED RELEASE TERMS

6.  You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. This condition does not prevent you from invoking your Fifth Amendment right against self-incrimination.

7.  You shall not knowingly be present at places where you know controlled substances are illegally sold, used, distributed, or administered.

8.  You shall not knowingly possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921(a)(4) or any object that you intend to use as a dangerous weapon as defined in 18 U.S.C. § 930(g)(2).

9.  You shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substance that impairs physical or mental functioning, including street, synthetic or designer drugs, or any paraphernalia related to any controlled substance or psychoactive substance, except as prescribed by a physician. You shall, at the direction of the U.S. Probation Office, participate in a program for substance abuse treatment, including not more than six tests per month to determine whether you have used controlled or psychoactive substances. You shall abide by the rules of the treatment provider. You shall pay for these services to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the Court's review upon request. You shall not be deemed financially able to pay if, at the time you begin receiving substance abuse treatment, you would qualify for Court-appointed counsel under the Criminal Justice Act.

10. You shall refrain from excessive use of alcohol, as defined as the legal limit of impairment in the state in which you are located.

**U.S. Probation Office Use Only** A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

AO 245B (Rev. 09/17)    Judgment in a Criminal Case
                        Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 6 | of | 7 |

DEFENDANT: THOMAS J WILKINSON, IV
CASE NUMBER: 21-CR-30021-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:  THOMAS J WILKINSON, IV
CASE NUMBER:  21-CR-30021-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ ___300.00___ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:
  Black Hi-Point semi-automatic 9mm handgun, serial number P1774380.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.